Commerce Petroleum Company, appellee, v. Consumers Petroleum Company, appellant. Gen. No. 33,995.

Heard in the third division of this court for the first district at the December term, 1929. Opinion filed December 10, 1930.

William Jaffe, for appellant; Bennison F. Bartel, of counsel. Newby & Murphy, for appellee; John K. Murphy and Geo. M. Burditt, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Lucien E. Harding, executor of the estate of Henry C. Eddy, deceased, defendant in error, v. William E. Dodson, plaintiff in error. Gen. No. 34,194.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

McElroy & Pearson, for plaintiff in error; Charles F. McElroy, of counsel. Philip H. Treacy, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Sadie T. Devitt for the use of London Guarantee & Accident Company, Ltd., appellee, v. Morris & Company, appellant. Gen. No. 34,229.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

John Clark Baker, for appellant; William L. Hart, of counsel. Goodnow, Allaben & Snewind, for appellee; Max F. Allaben, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Benzoline Motor Fuel Company, appellee, v. F. J. Lewis, appellant. Gen. No. 34,253.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

Nelson, Wilson & Fithian, for appellant; C. D. Fithian, of counsel. D'Ancona, Pflaum & Kohlsaat, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.